HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 104
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOLFO ARREOLA-CRUZ<br>LUIS ARREBOLA-CRUZ<br>MARIO MORALES-LOPEZ, &<br>CELSO ARREOLA-CARDENAS,<br><br>Defendants. | CASE NO. 2:18-CR-180 JAM<br><br>SECOND AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 23, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on October 23, 2018.

2. By this stipulation, defendants now move to continue the status conference until December 11, 2018, and to exclude time between October 23, 2018, and December 11, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and photographs totaling approximately 71 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Defense counsel requires additional time to review discovery produced by the United States, conduct their independent investigation into the facts and applicable law, interview witnesses, discuss with their respective clients potential pretrial resolution, and

otherwise prepare their respective client's defense. These tasks are made much more difficult because each defendant's primary language is Spanish and an English/Spanish language interpreter is needed as an intermediary between counsel and client to accomplish many of these tasks, as well as to explain the indictment, any proposed plea agreement, any applicable sentencing guidelines, and Fed.R.Crim.P. 11 to each defendant.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the time limits prescribed the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of the parties' stipulation, October 23, 2018 to December 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 18, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Samuel Wong
Samuel Wong
Assistant United States Attorney

Dated: October 18, 2018

/s/ Jason A. Ronis
Jason A. Ronis
Counsel for Defendant
Adolfo Arreola-Cruz

Dated: October 18, 2018

/s/ Peter Kmeto
Peter Kmeto
Counsel for Defendant
Luis Arreola-Cruz

Dated: October 18, 2018

/s/ Anthony E. Columbo, Jr.
Anthony E. Columbo, Jr.
Counsel for Defendant
Mario Morales-Lopez

Dated: October 18, 2018

/s/ Hayes H. Gable III
Hayes H. Gable III
Counsel for Defendant
Celso Arreola-Cardenas

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders the time from the date of the parties' stipulation, October 23, 2018, up to and including the December 11, 2018, status conference shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and General Order 479, Local Code T4, to allow defense counsel reasonable time necessary to prepare defense counsel's client's defense.

It is further ordered the October 23, 2018 status conference shall be continued until December 11, 2018, at 9:15 a.m.

Dated: October 23, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE