1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-180-JAM
11
                                          STIPULATION AND ORDER CONTINUING
12                    Plaintiff,          STATUS CONFERENCE HEARING DATE, AND
                                          EXCLUDING TIME UNDER THE SPEEDY TRIAL
13          v.                            ACT

14  ADOLFO ARREOLA-CRUZ, ET AL.,          Court:  Hon. John A. Mendez

15
                      Defendants.
16

17

18         It is hereby stipulated and agreed by and between plaintiff United States of America, on the one

19  hand, and defendants Adolfo Arreola-Cruz, Luis Arreola-Cruz, Mario Morales-Lopez, and Celso

20  Arreola-Cardenas, on the other hand, through their respective attorneys, that:

21         (1)    the parties believe they are close to resolving this entire case via a package deal;

22         (2)    the parties believe that additional time is needed to conduct additional legal research on

23                the application of the appropriate sentencing guidelines to the facts and charges in this

24                case;

25         (3)    each defense counsel needs additional time to discuss with his respective client potential

26                pretrial resolution versus the risks of proceeding to trial, and otherwise prepare his

27                respective client's defense.  These tasks are made much more difficult because each

28                                              1
   STIPULATION AND ORDER CONTINUING
   STATUS CONFERENCE DATE

1    defendant's primary language is Spanish and an English/Spanish language interpreter is

2    needed as an intermediary between counsel and client to accomplish these tasks, as well

3    as to explain the indictment, discovery, any proposed plea agreement, any applicable

4    sentencing guidelines, and Fed.R.Crim.P. 11 to each defendant;

5    (4)    the presently set May 14, 2019, status conference hearing shall be continued to June 11,

6    2019, at 9:15 a.m., which is a date that Courtroom Deputy Clerk Harry Vine has

7    confirmed that the Court is available;

8    (5)    the Court shall find that the denial of the requested continuance would deny counsel for

9    each defendant the reasonable time necessary for effective preparation, taking into

10   account the exercise of due diligence;

11   (6)    the Court shall find that the ends of justice served by the granting of such continuance

12   outweigh the best interests of the public and the defendants in a speedy trial; and

13   (7)    the Court shall order, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

14   T4, that time from the date of the parties' stipulation, May 9, 2019, until the proposed

15   June 11, 2019, status conference date, shall be excluded from computation of time within

16   which the trial of this matter must be commenced to allow each defense counsel time to

17   prepare his client's defense,.

18

19   DATED:  May 9, 2019                         MCGREGOR W. SCOTT
                                                 United States Attorney

20
                                                 */s/ Samuel Wong*
21                                      By:
                                                 SAMUEL WONG
22                                               Assistant United States Attorney

23   DATED:  May 9, 2019

24                                               */s/ Jason Ronis*
                                        By:
25                                               JASON RONIS
                                                 Attorney for defendant
26                                               Adolfo Arreola-Cruz

27

28                                              2
     STIPULATION AND ORDER CONTINUING
     STATUS CONFERENCE DATE

DATED:  May 9, 2019

By:     */s/ Peter Kmeto*

PETER KMETO
Attorney for defendant
Luis Arreola-Cruz

DATED:  May 9, 2019

By:     */s/ Anthony Colombo*

ANTHONY COLOMBO
Attorney for defendant
Mario Morales-Lopez

DATED:  May 9, 2019

By:     */s/ Hayes Gable*

HAYES GABLE
Attorney for defendant
Celso Arreola-Cardenas

--------------------------------------------------

ORDER

Pursuant to the stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

(1)     for the reasons stated in the parties' stipulation, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

(2)     the denial of the requested continuance would deny respective counsel for each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

(3)     the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE DATE

Therefore, it is hereby ORDERED that:

(1)      the presently set May 14, 2019, status conference hearing shall be continued to June 11, 2019, at 9:15 a.m.; and

(2)      pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, time is excluded from the date of the parties' stipulation, May 9, 2019, until the proposed June 11, 2019, status conference hearing date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his client's defense.

DATED:  May 9, 2019

/s/ John A. Mendez_____
United States District Court Judge

STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE DATE

4