MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-180-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING DATE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ADOLFO ARREOLA-CRUZ, ET AL., | Court:  Hon. John A. Mendez |
| Defendants. | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Adolfo Arreola-Cruz, Luis Arreola-Cruz, Mario Morales-Lopez, and Celso Arreola-Cardenas, on the other hand, through their respective attorneys, that:

(1)     the parties believe they have reached a tentative agreement after renegotiations on June 5, 2019, to resolve this entire case via a package deal;

(2)     each defense counsel needs additional time to arrange for an English/Spanish language interpreter to assist in the translation of the written plea agreement for his client and to explain the potential pretrial resolution versus the risks of proceeding to trial.  The interpreter is also needed as an intermediary between counsel and client to explain the

1

STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE DATE

1   indictment, discovery, any applicable sentencing guidelines, and Fed.R.Crim.P. 11 to

2   each defendant;

3   (3)   the presently set June 11, 2019, status conference hearing shall be continued to July 23,

4         2019, at 9:15 a.m., which is a date that Courtroom Deputy Clerk Harry Vine has

5         confirmed that the Court is available;

6   (4)   the Court shall find that the denial of the requested continuance would deny counsel for

7         each defendant the reasonable time necessary for effective preparation, taking into

8         account the exercise of due diligence;

9   (5)   the Court shall find that the ends of justice served by the granting of such continuance

10        outweigh the best interests of the public and the defendants in a speedy trial; and

11  (6)   the Court shall order, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

12        T4, that time from the date of the parties' stipulation, June 6, 2019, until the proposed

13        July 23, 2019, status conference date, shall be excluded from computation of time within

14        which the trial of this matter must be commenced to allow each defense counsel time to

15        prepare his client's defense,.

16

17  DATED:  June 6, 2019                          MCGREGOR W. SCOTT
                                                  United States Attorney

18                                                */s/ Samuel Wong*

19                                        By:
                                                  SAMUEL WONG
20                                                Assistant United States Attorney

21  DATED:  June 6, 2019

22                                                */s/ Jason Ronis*

                                          By:
23                                                JASON RONIS
                                                  Attorney for defendant
24                                                Adolfo Arreola-Cruz

25

26

27

28
                                          2
STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE DATE

DATED:  June 6, 2019

By:     */s/ Peter Kmeto*

PETER KMETO
Attorney for defendant
Luis Arreola-Cruz

DATED:  June 6, 2019

By:     */s/ Anthony Colombo*

ANTHONY COLOMBO
Attorney for defendant
Mario Morales-Lopez

DATED:  June 6, 2019

By:     */s/ Hayes Gable*

HAYES GABLE
Attorney for defendant
Celso Arreola-Cardenas

-------------------------------------------------

ORDER

Pursuant to the stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

(1)     for the reasons stated in the parties' stipulation, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

(2)     the denial of the requested continuance would deny respective counsel for each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

(3)     the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE DATE

Therefore, it is hereby ORDERED that:

(1)     the presently set June 11, 2019, status conference hearing shall be continued to July 23, 2019, at 9:15 a.m.; and

(2)     pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, time is excluded from the date of the parties' stipulation, June 6, 2019, until the proposed July 23, 2019, status conference hearing date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his client's defense.

DATED:  June 7, 2019

/s/ John A. Mendez_____

United States District Court Judge

STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE DATE

4